IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

SHIRLEY GARNER and
MAXIE KEY                                                                                                  PLAINTIFFS

v.                                       No. 2:20-cv-50-DPM

VIRGIL GREEN, Individually and in his
Official Capacity as Chief of Police for the
City of Helena-West Helena, Arkansas;
CYNTHIA GAMBLE, Individually and in her
Official Capacity as a Police Officer for the
City of Helena-West Helena, Arkansas;
CARL VANN, in his Official Capacity as a
Police Officer for the City of Helena-West
Helena, Arkansas; and MICHAEL THOMAS,
in his Official Capacity as a Police Officer for
the City of Helena-West Helena, Arkansas                              DEFENDANTS

## JUDGMENT

Garner's and Key's federal and state civil rights claims are dismissed with prejudice.  Garner's state law claims for abuse of process, malicious prosecution, and conversion are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 June 2022